MR

RECEIVED
8/24/2026
AW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Stanislav Zhuravel

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

1.) Tom Dart - Cook County Department of Corrections
2.) LaToya Hughes - I.D.O.C.
3) John DOE - Cook County Deputy

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 1:26-cv-10206
Judge Sara L. Ellis
Magistrate Judge Gabriel A. Fuentes
PC4
RANDOM / Cat. 3

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Stanislav Zhuravel

B. List all aliases: ____________________

C. Prisoner identification number: Y66259

D. Place of present confinement: Dixon Correctional Center

E. Address: 2600 N. Brinton Ave, Dixon, IL, 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Tom Dart-Cook County Department of C.

Title: ____________________

Place of Employment: Cook County Department of Corrections

B. Defendant: LaToya Hughes

Title: ____________________

Place of Employment: I.D.OC.

C. Defendant: John Doe

Title: Cook Count deputy

Place of Employment: ____________________

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________________

B. Approximate date of filing lawsuit: ______________________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________________

D. List all defendants: ______________________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________________

F. Name of judge to whom case was assigned: ______________________________

G. Basic claim made: ______________________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

I. Approximate date of disposition: ______________________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** .If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was inchrcerated in Cook County Jail S. 2600 California Ave., Chicago, IL from May to November 2024. IDOC and medical staff refused to give me my prescribed medications I take for seizures. At the intake I told medical staff what medications I take for seizures prescribed by my neurologyst at Northwestern Medicine in Chicago, IL, Doctor Alan Shepard. List of meds: Keppra 750 MG twice a day and Depakote 2000 MG at bedtime. I had frequent seizures at RTU Cook County Jail. Almost everyday I felt like I am about to have seizures. They usually happened in the mornings. At RTU I fell down on the floor many times on the way to medical window early in the mornings. I recall I fell down before going do court. These seizures cause permanent brain damage and impairment of speech, inability to move for about 10-30 seconds at a time.



Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Because of inappropriate seizure medications dosage given by JAIL STAFF I had falls in JAIL and problems contineued to this day.
When I was held there I complained to Correctional Officers and medical staff, some-times I could not speak anything, word can't come out, complained about low dose of me-dications and bad medical treatment. The staff is involved because they work together every day.



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM asking for $8,000,000 (Eight Million dollars) paid to plaintiff in this Action.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20 day of July, 2026

Stanislav Zhuravel
(Signature of plaintiff or plaintiffs)

Stanislav Zhuravel
(Print name)

Y66259
(I.D. Number)

Dixon Correctional Center
2600 N. Brinton Ave.,
Dixon, IL, 61021
(Address)

Stanislav Zharov (Y66259)
Dixon Correctional Center
2600 N. Brinton Ave.,
Dixon, IL, 61021

CORRESPONDENCE FROM AN
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

US POSTAGE PITNEY BOWES
CORRECTION
ZIP 61021 $ 007.82⁰
02 7W
0008047172 AUG 17 2026

AUG 2 4 REC'D

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 3917 7104 27

08/24/2026-18

To: Prisoner Correspondent
United States District Court
219 S. Dearborn Street,
Chicago, IL, 60604